IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MERRIANNE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-CV-1059-WKW |
| | ) | |
| JEFFERSON COUNTY | ) | |
| COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 7), and upon an independent review of the file in this case, it is ORDERED that

(1)    The Recommendation is adopted; and

(2)    This action is TRANSFERRED to the United States District Court for the Northern District of Alabama, pursuant to 28 U.S.C. § 1404(a).

DONE this 7th day of January, 2013.

_____
/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE